UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-cv-20324-RKA

JONATHAN BAUCOM,

    Plaintiff,

v.

NCL (BAHAMAS) LTD,

    Defendant.
_____/

## STATUS REPORT PENDING COMPLETION OF PLAINTIFF'S MEDICAL TREATMENT

**COMES NOW**, Plaintiff, JONATHAN BAUCOM, and Defendant, NCL (BAHAMS) LTD, by and through their respective undersigned counsel, to submit a joint status report pursuant to the Court's March 3, 2025, order granting a motion to stay until the Plaintiff has completed his medical treatment. In support thereof, the Parties state as follows.

Mr. Baucom has secured an appointment with Intercoastal Neurology, Dr. Francesco Rotta & PA Shannon Hall, scheduled for May 15, 2025, at 3:00 PM. Additionally, Mr. Baucom has been actively reaching out to other neurologists to inquire about potential no-show appointments in an effort to expedite his treatment and be seen sooner.

We remain committed to ensuring that Mr. Baucom completes his medical treatment as promptly as possible so that this matter can proceed efficiently. We will continue to keep the Court apprised of any significant developments in Mr. Baucom's treatment or availability of earlier appointments.

Should the Court require any additional information or documentation, please do not hesitate to contact my office.

Respectfully submitted,

*/s/ Nicolas H. Lipcon*
**NICOLAS H. LIPCON**
Florida Bar No. 1058833
nlipcon@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.
2800 Ponce de Leon Blvd., Suite 1480
Coral Gables, Florida 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Nicolas H. Lipcon*
**NICOLAS H. LIPCON**
Florida Bar No. 1058833

## SERVICE LIST
*Baucom v. NCL (Bahamas) Ltd.*
**CASE NO.: 25-cv-20324-RKA**

| **Nicolas H. Lipcon, Esq.** | **Todd L. Sussman, Esq.** |
|---|---|
| LIPCON, MARGULIES | NORWEGIAN CRUISE LINE |
| & WINKLEMAN, P.A. | 7665 Corporate Center Drive |
| 2800 Ponce de Leon Blvd., Suite 1480 | Miami, FL 33126 |
| Coral Gables, Florida 33134 | Telephone: (305) 436-4653 |
| Telephone No.: (305) 373-3016 | Facsimile: (305) 468-2132 |
| Facsimile No.: (305) 373-6204 | tsussman@nclcorp.com |
| nlipcon@lipcon.com | jjara@nclcorp.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |